## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLES JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Removed from No.: 2015 L 008128 |
| | ) | |
| O'REILLY AUTO ENTERPRISES, LLC, | ) | |
| O'REILLY AUTO ENTERPRISES, LLC | ) | |
| d/b/a O'REILLY AUTO PARTS, and | ) | Jury Demanded |
| O'REILLY AUTOMOTIVE STORES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

O'REILLY AUTO ENTERPRISES, LLC., incorrectly sued O'REILLY ENTERPRISES, LLC., d/b/a O'REILY AUTO PARTS and O'REILLY AUTOMOTIVE STORES, INC., (hereinafter "O'REILLY") the Defendants in the above entitled cause, seeks removal from the Circuit Court of Cook County and to the United States District Court, Northern District of Illinois, Eastern Division and, in support thereof, allege as follows:

1. This action was commenced against O'REILLY, in the Circuit Court of Cook County, Illinois on August 10, 2015. A copy of Plaintiff's Complaint was served upon Defendant O'REILLY, on August 11, 2015.

2. At the time the action was commenced and since then, upon information and belief, the Plaintiff was and is a citizen of the County of Cook, State of Illinois and Defendant, O'REILLY, was and is a corporation organized and existing under the laws of the State of Missouri with its principal place of business in Missouri.

3. As it appears from Plaintiff's complaint, it was unknown if the amount in controversy exceeded $75,000.00 exclusive of interest and costs, as Plaintiff's complaint only stated that he was seeking damages in excess of $50,000.00. (A copy of which is attached hereto and incorporated herein by reference in this Notice as Exhibit "A"). Plaintiff, CHARLES JACKSON, allegedly sustained

personal injury, pain and suffering, disfigurement and disability, and incurred medical bills, lost wages, and continues to incur these damages allegedly due to a slip and fall on the premises.

4. On January 25, 2016, counsel for O'REILLY received a settlement demand and medical bills which allege that the amount in controversy exceeds $75,000.00. This notice is being brought within thirty days from receipt of said medical bills and demand.

5. This action is a civil one of which the United States District Courts have original jurisdiction under 28 USC §1332.

6. The Defendant O'REILLY attaches to this notice copies of all process, pleadings, and orders that have been served on it. (A copy of which are attached hereto and incorporated by reference in this Notice as Exhibit "B").

WHEREFORE, the Defendant, O'REILLY., prays that this cause be removed to the United States District Court for the Northern District of Illinois.

                                           **BRYCE DOWNEY & LENKOV LLC**

                                           **O'REILLY AUTO ENTERPRISES, LLC.,**

By:    s:/Rich Lenkov
        One of Defendant's Attorneys

Rich Lenkov, #6231079
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: 312-377-1501
Fax:    312-377-1502
rlenkov@bdlfirm.com

STATE OF ILLINOIS )
                              ) SS.
COUNTY OF COOK )

Rich Lenkov, being first duly sworn on oath, deposes and says that:

1. He is one of the attorneys for the Defendant in this cause;

2. He has prepared and read the notice of removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the notice of removal are true and correct.

**BRYCE DOWNEY & LENKOV LLC**

**O'REILLY AUTO ENTERPRISES, LLC.,**

By:     s:/Rich Lenkov
            One of Defendant's Attorneys

Rich Lenkov, #6231079
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: 312-377-1501
Fax:    312-377-1502
rlenkov@bdlfirm.com