### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT – LAW DIVISION

| | | |
|---|---|---|
| CHARLES JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No.: | |
| | ) | |
| O'REILLY AUTO ENTERPRISES, LLC, | ) | 2015L008128 |
| O'REILLY AUTO ENTERPRISES, LLC | ) | CALENDAR/ROOM R |
| d/b/a O'REILLY AUTO PARTS, and | ) | TIME 00:00 |
| O'REILLY AUTOMOTIVE STORES, INC., | ) | Premises Liability |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

### COUNT I

Now comes the Plaintiff, CHARLES JACKSON, by and through his attorneys, the Law Offices of Eric M. Glasson & Associates, and complaining of the Defendant, O'REILLY AUTO ENTERPRISES, LLC, hereby states as follows:

1. That on July 10, 2014, and prior and subsequent thereto, said Defendant was and remains a corporation, duly organized and existing under and by virtue of the laws of the State of Illinois, engaged in the business, among other business, of auto parts retail to the public.

2. That in connection with the operation of its business, said Defendant owned, operated, managed, maintained and controlled, and/or otherwise contracted to own, operate, manage, maintain and control a property located in the County of Cook and State of Illinois, together with the passages, areaways and appurtenances thereof and thereat.

3. That it then and there became and was the duty of said Defendant, individually and by and through its agents, servants and employees on its behalf, to exercise reasonable care in and about the ownership, operation, management, maintenance and control of said premises,



D:\PrintImageBundler\Temp\367196\Originals\SUMMONSCOMPLAINTETC-ORAELLC-DBAORAP-CTSERVED081115.PDF

and the passages, areaways and appurtenances thereof and thereat, so that same would be in a good, safe and proper condition for persons legally and lawfully in and upon said premises to be, use, occupy and walk upon, and so as to not cause harm and injury to such persons.

4. That on or about July 10, 2014, the Plaintiff, CHARLES JACKSON was a business invitee, customer and patron of said defendant, and he was legally and upon the aforesaid business premises.

5. That as the Plaintiff was walking on and upon said business premises, and more particularly, as he exited his vehicle to go in the store, and due to the negligence of the Defendant in allowing the premises to be and remain in an unsafe, dangerous and defective condition, he was caused to fall in a hole in the parking lot with his injuries resulting therefrom.

6. In violation of its duty, said Defendant, individually and by and through its agents, servants and employees in its behalf, acted or failed to act in one or more of the following ways, amounting to careless and negligent conduct:

    a) Improperly operated, managed, maintained and controlled said premises, so that as a direct result thereof, the Plaintiff was injured.

    b) Failed to provide a safe place for the Plaintiff to use, occupy and walk upon while on their premises.

    c) Failed to provide a safe means of ingress and egress to and from said premises.

    d) Allowed and permitted dangerous conditions in the parking lot to be and remain on said business premises for a long period of time prior to the grievance herein complained of, when they knew or should have known of the existence thereof.

    e) Failed to repair the dangerous and hazardous condition, when they knew or should have known that same was in the use and need thereof.

    f) Failed to inspect said premises to be certain same were in a safe condition.

    g) Failed to warn the Plaintiff and others of the dangerous and unsafe condition of the premises.

D:\PrintImageBundler\Temp\367196\Originals\SUMMONSCOMPLAINTETC-ORAELLC-DBAORAP-CTSERVED081115.PDF

    h) Failed to repair pothole in parking lot when they knew or should have known of said defect.

    i) Failed to barricade said pothole when they knew or should have known that same created a dangerous and hazardous condition for patrons.

7. That as a direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant O'REILLY AUTO ENTERPRISES, LLC, the Plaintiff CHARLES JACKSON was injured in body and mind and become sore, lame and disabled and suffered pain and anguish and will continue to so suffer in the future; further, the Plaintiff, was caused to incur medical expenses in endeavoring to be cured of his said injuries and will incur further such expenses in the future; further the Plaintiff was prevented from attending to his ordinary daily affairs and activities which she would otherwise would have engaged and was prevented from attending to or engaging in his occupation or employment and loss great gains, profits, salaries or earnings; further, the Plaintiff suffered a loss of normal life and/or disability.

WHEREFORE, the Plaintiff, CHARLES JACKSON prays for judgment against the Defendant, O'REILLY AUTO ENTERPRISES, LLC, in a sum of money exceeding $50,000.00, as and for compensatory damages, plus the cost of this action.

## COUNT II

Now comes the Plaintiff, CHARLES JACKSON, by and through his attorneys, the Law Offices of Eric M. Glasson & Associates, and complaining of the Defendant, O'REILLY AUTO ENTERPRISES, LLC d/b/a O'REILLY AUTO PARTS, hereby states as follows:

1-6. The Plaintiff, CHARLES JACKSON, hereby repeats and re-alleges paragraphs one (1) through six (6) of Count I as if fully set forth herein as paragraphs one (1) through six (6) of this Count II.

D:\PrintImageBundler\Temp\367196\Originals\SUMMONSCOMPLAINTETC-ORAELLC-DBAORAP-CTSERVED081115.PDF

7.  That as a direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant O'REILLY AUTO ENTERPRISES, LLC d/b/a O'REILLY AUTO PARTS, the Plaintiff CHARLES JACKSON was injured in body and mind and become sore, lame and disabled and suffered pain and anguish and will continue to so suffer in the future; further, the Plaintiff, was caused to incur medical expenses in endeavoring to be cured of his said injuries and will incur further such expenses in the future; further the Plaintiff was prevented from attending to his ordinary daily affairs and activities which she would otherwise would have engaged and was prevented from attending to or engaging in his occupation or employment and loss great gains, profits, salaries or earnings; further, the Plaintiff suffered a loss of normal life and/or disability.

WHEREFORE, the Plaintiff, CHARLES JACKSON prays for judgment against the Defendant, O'REILLY AUTO ENTERPRISES, LLC d/b/a O'REILLY AUTO PARTS, in a sum of money exceeding $50,000.00, as and for compensatory damages, plus the cost of this action.

## COUNT III

Now comes the Plaintiff, CHARLES JACKSON, by and through his attorneys, the Law Offices of Eric M. Glasson & Associates, and complaining of the Defendant, O'REILLY AUTOMOTIVE STORES, INC., hereby states as follows:

1-6.  The Plaintiff, CHARLES JACKSON, hereby repeats and re-alleges paragraphs one (1) through six (6) of Count I as if fully set forth herein as paragraphs one (1) through six (6) of this Count III.

7.  That as a direct and proximate result of one or more of the foregoing careless and negligent acts of the Defendant O'REILLY AUTOMOTIVE STORES, INC., the Plaintiff CHARLES JACKSON was injured in body and mind and become sore, lame and disabled and

suffered pain and anguish and will continue to so suffer in the future; further, the Plaintiff, was caused to incur medical expenses in endeavoring to be cured of his said injuries and will incur further such expenses in the future; further the Plaintiff was prevented from attending to his ordinary daily affairs and activities which she would otherwise would have engaged and was prevented from attending to or engaging in his occupation or employment and loss great gains, profits, salaries or earnings; further, the Plaintiff suffered a loss of normal life and/or disability.

WHEREFORE, the Plaintiff, CHARLES JACKSON prays for judgment against the Defendant, O'REILLY AUTOMOTIVE STORES, INC., in a sum of money exceeding $50,000.00, as and for compensatory damages, plus the cost of this action.

Respectfully Submitted,

By _____
Eric M. Glasson, Esq., Attorney for Plaintiff

Eric M. Glasson, Esq.
Attorney for Plaintiff
Law Offices of Eric M. Glasson & Associates
134 N. LaSalle Street, Suite 1120
Chicago, Illinois 60602
(312) 332-0400
Attorney#: 41088